IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| ROGER ALAN SMITH, Institutional ID No. 24963 | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:19-CV-00191-C |
| TDCJ-ID DIRECTOR, *et al.*, | § § § | |
| Defendants. | § | |

**JUDGMENT**

For the reasons stated in the Court's Order of even date,

It is ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint is dismissed with prejudice as frivolous.

Dated April 12, 2022.

_____
SAM R. CUMMINGS
Senior United States District Judge